■ The People of the State of New York, Respondent, v John Kerins, Appellant. [864 NYS2d 378]—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered on or about January 19, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Friedman, Williams and Moskowitz, JJ.